**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALARIC SPENCE, | ) NO. CV 20-1139-FMO(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CRAIG RICHMAN, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 12, 2020.

                                                 /s/
                                 FERNANDO M. OLGUIN
                            UNITED STATES DISTRICT JUDGE